*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT

# 1

Summons Not Issued

FEES WAIVED $ [illegible] GOV CODE 6103

THIS CASE HAS BEEN ASSIGNED TO CIVIL CASE MANAGEMENT. EACH PLEADING MUST INCLUDE THE ASSIGNED JUDGE AND DEPARTMENT DESIGNATION AS SHOWN UNDER THE CASE NUMBER. ALL PARTIES MUST COMPLY WITH THE ORANGE COUNTY SUPERIOR COURT RULES.

1 | TONY RACKAUCKAS, District Attorney
2 | County of Orange, State of California
   | JAN C. STURLA, Senior Assistant District Attorney
   | ROBERT C. GANNON, JR., Assistant District Attorney
3 | Consumer and Environmental Protection Unit
   | BY: **WENDY BROUGH**
4 | Deputy District Attorney
   | 401 Civic Center Drive
5 | Santa Ana, California 92701-92701-4575
   | Telephone:   (714) 347-8706
6 | Facsimile:    (714) 834-5706
7 | Attorneys for Plaintiff

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**JUN 2 7 2000**

ALAN SLATER, Clerk of the Court
M. Quach
BY N. QUACH

9 | SUPERIOR COURT OF THE STATE OF CALIFORNIA
   | COUNTY OF ORANGE-CENTRAL JUSTICE CENTER

11 | THE PEOPLE OF THE STATE OF CALIFORNIA, ) CASE NO. **00CC07660**
   | ) **ASSIGNED FOR ALL PURPOSES TO:**
12 | Plaintiff, )
   | ) **JUDGE MICHAEL BRENNER**
13 | vs. ) **DEPT. C12**
14 | CLOSET WORLD, INC., ) **COMPLAINT FOR INJUNCTION,**
   | ) **CIVIL PENALTIES, AND OTHER**
15 | Defendant. ) **EQUITABLE RELIEF**

16 | The People of the State of California, by and through Tony Rackauckas, District Attorney,

17 | by Wendy Brough, Deputy District Attorney, for the County of Orange, allege:

18 | **VENUE AND JURISDICTION**

19 | 1.    Tony Rackauckas, as District Attorney of the County of Orange, acting to protect the

20 | public from unfair, unlawful or fraudulent business practices, and from untrue or misleading

21 | statements, brings this action in the public interest in the name of the People of the State of

22 | California and the County of Orange.

23 | 2.    Plaintiff, by this action and pursuant to Business and Professions Code sections

24 | 17200, 17203, and 17206 seeks to enjoin Defendant from engaging in unfair, fraudulent or unlawful

25 | business practices alleged herein and seeks to obtain civil penalties for the Defendant's violations

26 | of the above-mentioned statutes.

27 | 3.    Defendant transacts business within the county of Orange, and elsewhere in the state

28 | of California. The violations of law hereinafter described have been carried out wholly or in part

COMPLAINT FOR INJUNCTION, CIVIL PENALTIES,
AND OTHER EQUITABLE RELIEF

**Exhibit 1**

1  within said county of Orange and elsewhere in the state of California. The actions of Defendant, as

2  set out below, are in violation of the laws and public policies of the state of California and are

3  inimical to the rights and interests of the general public. Unless enjoined and restrained by an order

4  of the Court, Defendant may continue to engage in unlawful acts and courses of conduct set out

5  herein.

6  ## DEFENDANT

7  4.   Defendant Closet World, Inc., headquartered at 3860 Capitol Avenue, Whittier,

8  California 90601, manufactures and installs in consumers' homes various closest, cabinetry and

9  shelving.

10  5.   Whenever reference is made in this Complaint to any representation, act, or

11  transaction of Defendant, said allegation shall be deemed to mean that the principals, officers,

12  directors, employees, agents, and representatives of said Defendant, while actively engaged within

13  the course and scope of their employment or agency, did or authorized such representations, acts,

14  or transactions on behalf of said Defendant.

15  ## FIRST CAUSE OF ACTION

16  ## VIOLATIONS OF BUSINESS AND PROFESSIONS CODE SECTION 17200

17  ### (Acts of Unfair Competition)

18  6.   Plaintiff realleges and incorporates by reference paragraphs 1 through 5, inclusive,

19  as though set forth fully and at length herein.

20  7.   Beginning at an exact date unknown to Plaintiff, but at least within the last four (4)

21  years preceding the filing of this Complaint, Defendant has engaged in certain acts of unlawful,

22  unfair, or fraudulent practices in violation of section 17200 of the Business and Professions Code,

23  including but not limited to the following:

24  A.   Defendant made false or misleading representations to purchasers and/or

25  prospective purchasers that specific items were "on sale" for a limited time only when, in

26  fact, said items were "on sale" for periods longer than would be implied from Defendant's'

27  advertisement.

28  B.   Defendant made false or misleading representations concerning a reduced

COMPLAINT FOR INJUNCTION, CIVIL PENALTIES,
AND OTHER EQUITABLE RELIEF                    2

**Exhibit 1**

selling price or percentage off a comparison price, including but not limited to, "list price," or a "manufacturer's suggested retail price (MSRP)," of merchandise.

C.  Defendant made false or misleading representations to consumers regarding comparison prices, including but not limited to, "list price," or a "manufacturer's suggested retail price (MSRP)," of merchandise which were fictitious or did not represent a price at which the merchandise had been offered for sale to the public.

D.  Defendant placed in its contracts between Defendant and consumers, an exculpatory clause for release of liability for damage caused to consumers' homes by Defendant during product installation, that was insufficiently clear and conspicuous.

8.  Defendant's acts of unfair competition as described above constitute patterns and practices central to the operation of Defendant's business. Unless enjoined by order of this Court, Defendants may continue to engage in such acts of unfair competition.

## SECOND CAUSE OF ACTION

## VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17500

### (False or Misleading Statements)

9.  Plaintiff realleges and incorporates by reference paragraphs 1 through 5, inclusive, as though set forth fully and at length herein.

10.  Beginning at an exact date unknown to Plaintiff, but at least within the last three (3) years preceding the filing of this complaint, Defendant, with the intent to induce members of the California public to purchase its products, made or disseminated or caused to be made or disseminated within the county of Orange and elsewhere within the state of California, certain false or misleading statements which Defendant knew, or by exercise of reasonable care should have known, to be untrue or misleading within the meaning of section 17500 of the California Business and Professions Code, including, but not limited to, the following:

A.  Defendant made false or misleading representations to purchasers and/or prospective purchasers that specific items were "on sale" for a limited time only when, in fact, said items were "on sale" for periods longer than would be implied from Defendant's' advertisement.

COMPLAINT FOR INJUNCTION, CIVIL PENALTIES, AND OTHER EQUITABLE RELIEF

3

**Exhibit 1**

B.     Defendant made false or misleading representations concerning a reduced selling price or percentage off a comparison price, including but not limited to, "list price," or a "manufacturer's suggested retail price (MSRP)," of merchandise.

C.     Defendant made false or misleading representations to consumers regarding comparison prices, including but not limited to, "list price," or a "manufacturer's suggested retail price (MSRP)," of merchandise which were fictitious or did not represent a price at which the merchandise had been offered for sale to the public.

11.     The representations and statements made by Defendant as set forth above were untrue or misleading when made, and were known, or should have been know, by Defendant to be untrue and misleading.

12.     Unless enjoined by order of this Court, Defendants may continue to make such untrue or misleading statements.

**WHEREFORE, Plaintiff prays that:**

1.     Defendant and its principals, employees, agents, representatives, successors and all persons, corporations or other entities acting under, by, through or on behalf of Defendant, or acting in concert or participation with or for Defendant with actual or constructive notice of the injunction, issued by this court, be temporarily, preliminarily, and thereafter permanently, restrained and enjoined from engaging in unfair business practices in violation of Business and Professions Code section 17200 and be specifically enjoined from engaging in the types of acts or practices set forth in the First Cause of Action.

2.     Defendant and its principals, employees, agents, representatives, successors and all persons, corporations or other entities acting under, by, through or on behalf of Defendant, or acting in concert or participation with or for Defendant with actual or constructive notice of the injunction, issued by this court, be temporarily, preliminarily, and thereafter permanently, restrained and enjoined from making untrue or misleading statements in violation of Business and Professions Code section 17500 and be specifically enjoined from making the untrue or misleading statements set forth in the Second Cause of Action.

3.     Pursuant to Business and Professions Code section 17206, Defendant be assessed a

COMPLAINT FOR INJUNCTION, CIVIL PENALTIES,
AND OTHER EQUITABLE RELIEF                           4

**Exhibit 1**

1  civil penalty in an amount no less than Two Thousand Five Hundred Dollars ($2,500) for each

2  violation of Business and Professions Code section 17200  perpetrated by Defendant.

3      4.    Pursuant to Business and Professions Code section 17536, Defendant be assessed a

4  civil penalty in an amount no less than Two Thousand Five Hundred Dollars ($2,500) for each

5  violation of Business and Professions Code section 17500 perpetrated by Defendant.

6      5.    That Plaintiff have such other and further relief as the nature of the case may require,

7  and the Court deems appropriate to dissipate the false, misleading, unlawful, or unfair acts

8  complained of herein.

9      6.    Plaintiff recover its costs of litigation.

10                                 TONY RACKAUCKAS, DISTRICT ATTORNEY

11                                 COUNTY OF ORANGE, STATE OF CALIFORNIA

12  DATED: _____June 27, 2000_____   BY: _____Wendy Brough_____

13                                WENDY BROUGH
                               DEPUTY DISTRICT ATTORNEY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Name, Address and Telephone Number of Attorney(s) or Party Without
Attorney
TONY RACKAUCKAS, DISTRICT ATTORNEY
BY: WENDY BROUGH, DEPUTY DISTRICT ATTORNEY
401 CIVIC CENTER DRIVE WEST, 4TH FLOOR
SANTA ANA, CA. 92701



**FILED**
SUPERIOR COURT OF CALIFORNIA
Space Below for Court Use Only COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**AUG 08 2000**

ALAN SLATER, Clerk of the Court
C. Ramos
BY  C. RAMOS

| Attorney for: | Attorney Bar # | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

| Petitioner/Plaintiff | CASE NUMBER |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | 00CC07660 |
| vs. | |
| CLOSET WORLD, INC., | **PROOF OF SERVICE** |
| Respondent/Defendant | |

I, the undersigned, served the following documents (specify exact title of document(s) served):
COMPLAINT FOR INJUNCTION, CIVIL PENALTIES, AND OTHER EQUITABLE RELIEF.
INJUNCTION AND FINAL JUDGMENT PURSUANT TO STIPULATION

On the following party to the action:

1. Party Served (specify name of party as shown on the documents served)   CLOSET WORLD, INC.,

2. Person served and title:   FRANK MELKONIAN,   PRESIDENT

3. Person with whom left; title or relationship to person served:   FRANK MELKONIAN, PRESIDENT(HIMSELF)

4. Date and time of delivery:   AUGUST 3, 2000   1044 HOURS

5. Mailing date; type of mail:

6. Address, city and state (when required, indicate whether address is home or business):
3860 CAPITOL AVE., WHITTIER, CA. 90601

7. Manner of service: (Check appropriate box.)

☒ (Personal service) By handing a copy to the person served.

☐ (Substituted service on corporation, unincorporated association [including partnership], or public entity) By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP §415.20(a). Place of mailing:

☐ (Substituted service on natural person, minor, incompetent, or candidate) By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his/her office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP §415.20(b). Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.) Place of mailing:

(Continued on Reverse)

**Exhibit 1**

☐     **(Mail and acknowledgment service)** By mailing (by first-class mail or airmail) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP §415.30. **Attach written acknowledgment of receipt.**) Place of mailing:

_____

☐     **(Certified or registered mail service)** By mailing to address outside California (by registered or certified airmail with return receipt requested) copies to the person served. (CCP §415.40. **Attach signed return receipt or other evidence of actual delivery to the person served.**) Place of mailing:

_____

☐     **(Other—CCP §413.10, 413.30, 417.10–417.30—Attach separate pages, if necessary):**

At the time of service, I was at least 18 years of age and not a party to the action.

Fee for service $_____ Mileage $_____ Notary $_____, Total $_____

| **(To be completed in California by process server, other than a sheriff, marshal or constable\*)** | **(To be completed in California by sheriff, marshal or constable\*)** |
|---|---|
| ☒ Not a registered California process server (CCP417.40). | I certify that the foregoing is true and correct and that this certificate was executed on (insert date)_____, |
| ☐ Registered: _____ County, | at (insert place) _____, California. |
| Number: _____ | (Type or print name, title, county and, when applicable, Municipal or Justice Court District) |
| I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | |
| (Type or print name, address and telephone no.) | |
| SARAH DIXON, INVESTIGATIVE ASSISTANT<br>401 CIVIC CENTER DRIVE WEST<br>SANTA ANA, CA. 92701 | |
| Date: 08-07-2000 | |
| Signature: *Sarah Dixon* | Signature: _____ |

\* This declaration or certificate of service must be executed within California (CCP §2015.5). A proof of service executed outside California must be made by affidavit.



**Exhibit 1**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT

# 2

ML

RECEIVED

ALAN SLATER, Clerk of the Court

No appr fee due JUN 27 2000 per T. Hoyle

1 | TONY RACKAUCKAS, District Attorney
2 | County of Orange, State of California
JAN C STURLA, Senior Assistant District Attorney
3 | ROBERT C GANNON, JR., Assistant District Attorney
Consumer and Environmental Protection Unit
4 | BY **WENDY BROUGH**
Deputy District Attorney
401 Civic Center Drive
Santa Ana, California 92701-92701-4575
Telephone    (714) 347-8706
Facsimile    (714) 796-0476

Attorneys for Plaintiff

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUN 28 2000

ALAN SLATER  Clerk of the Court
W Koughe
BY  D  KOUGHAN

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE-CENTRAL JUSTICE CENTER

THE PEOPLE OF THE STATE OF CALIFORNIA,  ) CASE NO **00CC07660**
)
                                    Plaintiff,  )  **JUDGE MICHAEL BRENNER**
                                            )  **DEPT C12**
                           vs                )
                                            )  **INJUNCTION AND FINAL**
CLOSET WORLD, INC,                          )  **JUDGMENT PURSUANT**
                              Defendant.  )  **TO STIPULATION**

**IT IS HEREBY STIPULATED** between the Plaintiff, the People of the State of California,

by and through its attorneys Tony Rackauckas, District Attorney of the County of Orange, by Wendy

Brough, Deputy District Attorney, and Defendant Closet World, Inc , through attorneys Kaye,

Scholer, Fierman, Hays & Handler, LLP, by Aton Arbisser, and it appearing to the Court that the

parties have stipulated and consented to the entry of Judgment without the taking of proof and

without this Final Judgment constituting any admission by Defendant as to any issue of law or fact

alleged in the Complaint; and the Court having considered the matter and the pleadings, and good

cause appearing, therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

**JURISDICTION**

1       This Court has jurisdiction of the subject matter and the parties thereto.

**APPLICABILITY**

2       The injunctive provisions of this Judgment are applicable to Defendant Closet World,

JSTP

INJUNCTION AND FINAL JUDGMENT PURSUANT TO STIPULATION

55

**Exhibit 2**

1   Inc., and to all persons, corporations or other entities acting by, through, under or on behalf of said

2   Defendant, and to all persons, corporations, or other entities acting in concert with or participating

3   with said Defendant with actual or constructive knowledge of this Injunction and Final Judgment.

4   **INJUNCTION**

5        3     Effective upon entry of this Judgment, Defendant Closet World, Inc , and all officers,

6   employees, representatives, persons, corporations or other entities acting by, through, under or on

7   behalf of said Defendant or any successor in interest or within the course and scope of their

8   employment by the Defendant or any successor in interest, are hereby permanently enjoined and

9   restrained under Business and Professions Code sections 17203 and 17535, in the county of Orange

10   and elsewhere in the state of California from violating Business and Professions Code sections

11   17200 and 17500, by any of, but not limited to, the following acts or practices·

12        A.    Representing that the price of any product is reduced for a specified time

13   period unless the reduced price actually terminates at the end of the specified time period.

14        B.    Representing any reduced selling price or percentage off unless it is accurate,

15   true and not misleading

16        C    Representing to consumers a comparison price, including but not limited to,

17   "original price," "list price," or a "manufacturer's suggested retail price (MSRP)" of

18   merchandise which is fictitious or does not represent a price at which the merchandise has

19   been offered for sale to the public

20        D    Including a release from liability clause in the form of paragraph 13 in Closet

21   World's current contract used between Closet World and consumers.  If Closet World, Inc.,

22   chooses to include another exculpatory or release clause, or any waiver whatsoever of

23   liability, that clause shall be clear and conspicuous

24          1    The clause shall be in bold letters in type size at least two (2) points

25   larger size type than the rest of the document and shall be set apart in such a way as

26   to cause consumers to notice it

27          2.    Closet World may not use the clause to deny legitimate consumer

28   claims against them for damage not covered by the waiver.

## COMPLIANCE

4.    For the purpose of securing compliance with the terms of this Injunction and Final Judgement, Defendant Closet World, Inc. shall make advertisements and other evidence as described in paragraph 5 available for inspection to the Orange County District Attorney's Office upon ten (10) days notice for a period of two (2) years.

5    In determining the accuracy of any comparison price such as MSRP, list or original price it is incumbent upon the Defendant to produce evidence to the Orange County District Attorney's Office upon ten (10) days notice for a period of two (2) years on these issues:

A.    The source of any higher price

B    The period of time the product was offered for sale at the higher price.

C.    The number of sales of the product at the higher price

D    Whether the product was openly and actively offered for sale by Closet World stores within the local trade area in California at the higher price

E    The conditions of any sales at higher prices

## PENALTIES AND COSTS OF INVESTIGATION

6    Upon entry of the Final Judgment, and pursuant to Business and Professions Code sections 17206 and 17536, Defendant Closet World, Inc., shall pay in civil penalties, restitution, and costs of investigation the sum of Eighty Thousand Three Hundred Sixty-nine Dollars ($80,369), with disbursement as follows:

A    Forty Thousand Dollars ($40,000) as civil penalties; payment shall be in the form of a cashier's check or money order made payable to the County of Orange.

B    Thirty Thousand Dollars ($30,000) as reimbursement of costs of investigation, payment shall be in the form of a cashier's check or money order made payable to the County of Orange

C.    Ten Thousand Dollars ($10,000) as restitution, as described in paragraph 8, below, payment shall be in the form of a cashier's check or money order made payable to the "Orange County Consumer Protection Prosecution Fund "

D    Three Hundred Sixty-nine Dollars ($369) as reimbursement of costs of

**Exhibit 2**

1   investigation; payment shall be in the form of a cashier's check or money order made payable
2   to the Contractors State License Board.

3       7    Payments pursuant to this Judgment shall be mailed or delivered to the following
4   address·

5           Orange County District Attorney's Office
6           Wendy Brough, Deputy District Attorney
7           Consumer and Environmental Protection Unit
8           401 Civic Center Drive
9           Santa Ana, California 92701

10   **ORANGE COUNTY DISTRICT ATTORNEY'S PROSECUTION TRUST FUND**

11       8    *Cy pres* restitution will be held in the trust solely for the purpose of investigating and
12   prosecuting consumer protection actions (whether civil or criminal) brought by the Orange County
13   District Attorney's Office under the guidelines set forth in *State of California v Levi Strauss and Co*
14   41 Cal 3d 460 (1986) and *People v ITT Consumer Financial Corporation* (Alameda County
15   Superior Court No. 656038-0)

16       A    The money shall be placed into a *cy pres* trust fund entitled "Orange County
17   Consumer Protection Prosecution Fund " The provisions of this judgment shall exclusively
18   govern the disbursement from the trust fund   Additional funds may be donated or
19   contributed to the "Orange County Consumer Protection Prosecution Fund."

20       B    The types of expenditures that may be made from the fund include, but are
21   not limited to, the following

22           1    Purchasing equipment for use by attorneys, investigators, and support
23   staff, including but not limited to computers, software, optical scanners, copying
24   machines, books, reference materials, furniture, photographic equipment, audio and
25   video equipment, surveillance equipment, and printers.

26           2.    Establishing and maintaining a computerized database and modems
27           3    Providing funds for consultants, experts, witnesses, litigation
28   expenses, and evidence testing.

INJUNCTION AND FINAL JUDGMENT PURSUANT TO STIPULATION    4

**Exhibit 2**

4  Providing funds for undercover operations and investigation expenses

5  Providing funds for training and necessary travel for attorneys, investigators, and support staff

6  Providing funds for training for members of law enforcement and regulatory agencies in Orange County

7  Providing funds for equipment used for the purpose of collecting, storing and testing evidentiary materials.

8.  Providing funds for research studies and statistical analysis

C.  The trust fund shall be administered by three trustees consisting of the Chief Assistant District Attorney, the Assistant District Attorney in charge of Special Operations, and the Chief Investigator, Bureau of Investigation, Orange County District Attorney's Office or their delegates

## JURISDICTION RETAINED

9  Jurisdiction is retained for the purpose of enabling any party to this Injunction and Final Judgment to apply to the Court at any time for such further order and directions as may be necessary and appropriate for the construction of or the carrying out of this Injunction and Final Judgment, for the enforcement of compliance therewith, and for punishment of violations thereof

## STIPULATION AND JUDGMENT

10.  Plaintiff, the People of the State of California, through their attorney, Tony Rackauckas, District Attorney for the County of Orange, by Wendy Brough, Deputy District Attorney, and Defendants Closet World, Inc., through attorneys Kaye, Scholer, Fierman, Hays & Handler, LLP, by Aton Arbisser, hereby stipulate and agree that Judgment may be entered in this case in accordance with the Injunction and Final Judgment herein above set forth and incorporated at this point as if set out in full

TONY RACKAUCKAS, DISTRICT ATTORNEY
COUNTY OF ORANGE, STATE OF CALIFORNIA

DATED: __6/27/00__

BY: _Wendy Brough_
WENDY BROUGH
DEPUTY DISTRICT ATTORNEY

Exhibit 2

*People v. Closet World, Inc.*
**Injunction and Final Judgment Pursuant to Stipulation**

**Signatures, continued.**

DEFENDANT
CLOSET WORLD, INC

DATED  6/20/00

BY: _F. Melkonian_
FRANK MELKONIAN, on behalf of Closet World, Inc.

KAYE, SCHOLER, FIERMAN, HAYS & HANDLER, LLP
Attorneys for Defendants

DATED  June 12, 2000

By _Aton Arbisser_
ATON ARBISSER

**EFFECT AND ENTRY**

11    The Clerk is ordered to enter this Injunction and Final Judgment

DATED:  **JUN 28 2000**

_____
JUDGE OF THE SUPERIOR COURT
MICHAEL BRENNER

**Exhibit 2**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 3



**Exhibit 3**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 4

  

Google Ads Transparency Center

FAQ

# Ads transparency for a safe and open internet

Find active ads published through Google



Sorting by most recent

Sponsored

Closet World
www.closetworld.com/

**Get Better Custom Closets**

Need Advice Creating Space In Your Home? Closets
World Can Help. Don't Settle for Less

Closets By Design, Inc.

Sponsored

Closet World
www.closetworld.com/custom/pantry

**Closet World Custom Pantry - 50% Off
Sale**

Design Your Custom Pantry. Sign Up to Schedule a



**Exhibit 4**

 Ads Transparency Center        

Closets By Design, Inc.



Beautiful Custom Closets | We Design Custom Closets. Sign Up to Schedule a Free In-Home Consultation Today!

Ad · Closet World

Closets By Design, Inc.          Closets By Design, Inc.

Sponsored

 Closet World
www.closetworld.com/

## Closet World

We Design, Build & Install Beautiful Custom Closets & Cabinets. You Dream It, We Build It!

Closets By Design, Inc.

Sponsored

 Closet World
www.closetworld.com/custom/closets

## Closet World Custom Closets - 50% Off Sale

We Design Custom Closets. Sign Up to Schedule a Free Consultation Today. Special Financing Available. Get a Professionally Designed Custom Closet Today.

Closets By Design, Inc.

**Exhibit 4**

  

**Google** Ads Transparency Center

Sponsored

 Closet World
www.closetworld.com/custom/closets

**Closet World Custom Closets - 50%
Off Sale**

We Design Custom Closets. Sign Up to Schedule a
Free Consultation Today. Special Financing Available.
We Work With Any Budget.

Closets By Design, Inc.

---

Sponsored

 Closet World
www.closetworld.com/

**Closet World**

We Design, Build & Install Custom Closets &
Organizers.

Closets By Design, Inc.

---

Sponsored

 Closet World
www.closetworld.com/

**Closet World**

We Design, Build & Install Beautiful Closet Sliding
Doors. You Dream It, We Build It!

Closets By Design, Inc.

---



**Exhibit 4**

66

 Ads Transparency Center   

**Get Organized**

 50% Off Plus Free Installation with Any Complete System Purchase. 

Closets By Design, Inc.

---

**Sponsored**

 Closet World
www.closetworld.com/custom/closets

### Closet World Custom Closets - 50% Off Sale

We Design Custom Closets. Schedule a Free In-Home Consultation with a Design Expert Today! Request a Free Quote Now. Contact Us About Our Special Financing Plan. Limited Time Offer

Closets By Design, Inc.

---

**Sponsored**

 Closet World
www.closetworld.com/home-office/built-ins

### Closet World Home Office - 50% Off Sale

Custom High Quality Office Cabinets. Schedule a Free In-Office Evaluation Today! Contact Us About Our Special Financing Plan. We Work with Any Budget.

Closets By Design, Inc.

---

**Sponsored**

 Closet World
www.closetworld.com/

### Closet World

We Design, Build & Install Custom Closets & Organizers.

**Exhibit 4**

 **Google** Ads Transparency Center       

**Sponsored**

 closetworld.com
www.closetworld.com/

### 50% Off Sale - Garage System Pleasanton

Don't Make These Garage Organizing Mistakes. Ditch the Clutter! Schedule Your Designer. Schedule Your Free In Home Consultation Today. Special Financing Available. High Quality Materials.

Closets By Design, Inc.

---

**Sponsored**

 Closet World
www.closetworld.com/custom/closets

### Closet World - 50% Off Sale

Custom Expertly Crafted Closet Systems. Schedule a Free In Home Evaluation Today Find Great Design Ideas You'll Love. Contact Us Today! We Work With Any Budget.

Closets By Design, Inc.

---

**Sponsored**

 Closet World
www.closetworld.com/murphy+beds/custom

### Closet World Murphy Beds - 50% Off + Free Installation

Custom Designed Murphy Beds. Schedule a Free In-Home Evaluation Today! Limited Time Offer. Request a Free Quote Today

Closets By Design, Inc.

**Exhibit 4**

**Google** Ads Transparency Center   

### Closets Glendale - Closet World

Don't Make These Closet Organizing Mistakes. Ditch
the Clutter & Optimize Your Life Schedule Your Free In
Home Consultation Today. 12 Month Free Financing
Available. Request Free Consultation. Call Today.
Schedule an Appointment.

Closets By Design, Inc.

---

**Sponsored**

 www.closetworld.com/

### Closet World®

We Design, Build & Install Custom Closets &
Organizers.

Closets By Design, Inc.

---

**Sponsored**

 closetworld.com
www.closetworld.com/

### Closet World Laundry Cabinets - 50% Off Sale

We Design Laundry Rooms. Sign Up to Schedule a
Free In-Home Consultation Today! Contact Us About
Special Financing. We Work with Any Budget. Request
a Free Quote Today. Talk to a Specialist.

Closets By Design, Inc.

---

**Sponsored**

 www.closetworld.com/pantry/solutions

### Closet World Pantry Solutions - 50% Off + Free Installation

Free In Home Consultation. Custom Pantry Cabinets

**Exhibit 4**

 **Ads Transparency Center**

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/

## Closet World

We Design, Build & Install Custom Wall Beds, & Murphy Bed Systems

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/custom/closets

Closet World Closet Organizers - 50% Off Sale

Free In Home Consultation. Custom Designed Closets, Professional Installation. Ask Us About Our Special Financing Offer. We Work With Any Budget. Schedule an Appointment. Call Today.

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/

## Closet World

We Design, Build & Install Custom Closets & Organizers.

Closets By Design, Inc.

**Exhibit 4**

 **Google** Ads Transparency Center

  

**Sponsored**

 Closet World
www.closetworld.com/

Closet World Custom Doors - 50% Off
+ Free Installation

Get the Best Closet System Custom Designed and Built
for You. Free In-Home Consultation. Over 40 Years of
Excellent Quality Designs. We Work with...

Closets By Design, Inc.

**Sponsored**

 closetworld.com
www.closetworld.com/

50% Off Sale - Closets Los Angeles

Don't Make These Closet Organizing Mistakes. Ditch
the Clutter & Optimize Your Life Schedule Your Free In
Home Consultation Today. 12 Month Free Financing
Available. Free Installation. Garage Shelving. Garage
Systems.

Closets By Design, Inc.

**Sponsored**

Closet World
www.closetworld.com/closet/mirrors

Closet World Mirror Designs - 50% Off
Sale

Free In Home Consultation. Custom Closet Mirrors. Any
Size & Style. Contact Us About Special Financing. We
Work with Any Budget. Request a Free Quote Today!

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/

Closet World

**Exhibit 4**

  

**Google** Ads Transparency Center

Closets By Design, Inc.

Sponsored



Closet World
www.closetworld.com/garage/cabinets

### Closet World Garage Cabinets - 50% Off Sale

Custom Garage Cabinet & Closet Design. Schedule a Free In-Home Evaluation Today! Limited Time Offer. Talk to an Garage Cabinet Designer. Request a Free Quote Today

Closets By Design, Inc.

Sponsored



Closet World
www.closetworld.com/

### Closet World

We Design, Build & Install Custom Closets & Organizers at Factory Prices.

Closets By Design, Inc.

Sponsored



www.closetworld.com/garage/remodel

### Closet World Garage Systems - 50% Off + Free Installation

Free In Home Consultation. Custom Garage Cabinets & Storage Systems. Get Started Today. Contact Us About Special Financing. We Work with Any Budget. Request a Free Quote Today

**Exhibit 4**

 Ads Transparency Center

  

**Sponsored**

 www.closetworld.com/

Closet World

We Design, Build & Install Custom Laundry Cabinets,
Closets & Organizers.

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/

Closet World

We Design, Build & Install Custom Closets &
Organizers.

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/

Closet World

We Design, Build & Install Beautiful Custom Closets &
Cabinets. You Dream It, You Build It!

Closets By Design, Inc.

**Sponsored**

 Ads Transparency Center      

We Design, Build & Install Custom Closets &
Organizers.

Closets By Design, Inc.

**Sponsored**

 www.closetworld.com/

## Closet World

We Design, Build & Install Custom Closets &
Organizers.

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/

## Closet World

We Design, Build & Install Custom Closets &
Organizers.

Closets By Design, Inc.

**Sponsored**

 www.closetworld.com/

## Closet World

We Design, Build & Install Affordably Priced Custom
Closets. Contact Us for Pricing Today!

**Exhibit 4**

  
Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/custom/closets

Closet World Custom Closets - 50%
Off + Free Installation

Don't Overpay for Closets. We Work with Any Budget.
Limited Time Offer. Request a Free Quote Today

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/custom/closets

Closet World® Custom Closets - 50%
Off Plus Free Installation

We Design Custom Closets. Schedule a Free In-Home
Consultation with a Design Expert Today! Request a
Free Quote Now. Contact Us About Our Special.

Closets By Design, Inc.

**Sponsored**

 Closet World
www.closetworld.com/custom/mudroom

Closet World Custom Mudrooms - 50%
Off + Free Installation

Design Your Mudroom. Cabinets, Shelving & More.
Free In-Home Consultation Today Limited Time Offer.
Request a Free Quote Today

Closets By Design, Inc.

**Exhibit 4**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT

# 5



**Exhibit 5**