*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT

# 6

**Screenshots of Some of Closet by Design's Franchisee's Promotional Page**



https://centralalabama.closetsbydesign.com/

https://palmbeach.closetsbydesign.com/

https://fresno.closetsbydesign.com/

https://neworleans.closetsbydesign.com/

**Exhibit 6**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 7

MASTER

## Choose your Custom Closet

| | | | | |
|---|---|---|---|---|
| Everyday COLLECTION | Includes ¼" straight edge panels, shelves and half overlay flat face doors and drawers. | 3380 | - 40% | 2025 |
| Classic COLLECTION | Includes ¼" straight edge panels and soft edge shelves. Half overlay doors and drawers with flat face and soft edge. | | | 162 |
| Regency | Includes 1 1/8" straight edge panels and ¼" soft edge shelves. Half overlay door and drawers with flat face and soft edge. | | | |

### Premium Collection

| | | | | |
|---|---|---|---|---|
| Brio Collection | Includes ¼" straight edge panels, shelves and half overlay Deco doors and drawers. | | | |
| ☐ Deco - 100, 200, 300, 400 Series | | ☐ Deco - 500 and Shaker 600 | | |

## Choose your Custom Options

| | | | | | |
|---|---|---|---|---|---|
| Solid Color Melamine | ☐ | | | - 40% | |
| Woodgrain Melamine | ☐ | | | | |
| Backing | ☐ | | | | |
| Brio Backing | ☐ | | | | |
| Deco | ☐ | | | | |
| Deco | ☐ | | | | |
| Molding Package | ☐ | | | | |
| Molding Top or Bottom | ☐ | 300 SQFT CLOSE | | | 216 |
| Smooth "Soft Close" Slides | ☒ | 54( ) W/GR | | | 320 |
| Accent Top Shelf | ☐ | 232 | | | 139 |
| Premium Options ☐ | Available for Classic and Regency only. Inset doors and drawers. Soft edge panels and shelves . Includes Accent Top Shelf Shelves inset 1". 12" panels up-grade to 13"deep. | | | ① | 177 |

## Accessories

JEWELRY DRAWER          295 EA - 590          ~~294~~

TEAR OUT          (LABOR) - ~~475~~

② LOCKS - GIFT

Custom Designed for JENNIFER ? KNUT     Client# 155224

Your Closets by Design Designer _____

My Manager _____

Notes/Follow up _____

**Closets by Design**

(800) 293-3744

**Exhibit 7**

81

## Choose your Custom Closet

$SON$

| | | | | |
|---|---|---|---|---|
| **Everyday** COLLECTION | Includes ¾" straight edge panels, shelves and half overlay flat face doors and drawers. | 2870 | -40% | 1/2 |
| **Classic** COLLECTION | Includes ¾" straight edge panels and soft edge shelves. Half overlay doors and drawers with flat face and soft edge. | | | 138 |
| **Regency** | Includes 1 1/8" straight edge panels and ¾" soft edge shelves. Half overlay door and drawers with flat face and soft edge. | | | |

### Premium Collection

| | | | | |
|---|---|---|---|---|
| **Brio** Collection | Includes ¾" straight edge panels, shelves and half overlay Deco doors and drawers. | | | |
| ☐ Deco - 100, 200, 300, 400 Series | | | ☐ Deco - 500 and Shaker 600 | |

## Choose your Custom Options

| | | | | | |
|---|---|---|---|---|---|
| Solid Color Melamine | ☐ | | | − 40% | |
| Woodgrain Melamine | ☐ | | | | |
| Backing | ☐ | | | | |
| Brio Backing | ☐ | | | | |
| Deco | ☐ | | | | |
| Deco | ☐ | | | | |
| Molding Package | ☐ | | | | |
| Molding Top or Bottom | ☐ | 180 90 | | | 108 |
| Smooth "Soft Close" Slides | ☒ | 272 BA | | | 163 |
| Accent Top Shelf  14u | ☒ | 116 | | | 70 |
| Premium Options ☐ | Available for Classic and Regency only. Inset doors and drawers. Soft edge panels and shelves . Includes Accent Top Shelf Shelves inset 1". 12" panels up-grade to 13"deep. | | | | |

## Accessories

| | | | |
|---|---|---|---|
| BATH CABINET | | 847 | 508 |
| | | −2 | |
| | | 40% | 1016 |

Custom Designed for _JENNIFER ?KNUT_   Client# _155224_

Your Closets by Design Designer _____

My Manager _____

Notes/Follow up _____

**CD Closets byDesign**

(800) 293-3744

**Exhibit 7**



**Exhibit 7**

# ClosetsbyDesign

**Closets By Design, Inc.**
3850 Capitol Ave.
Whittier, CA 90601
800-293-3744 Cont. Lic. # 794616
800-407-4704 Cust. Serv. & Install.

**Client No:** 155224

**Delivery and Installation Date:** 11/16/17

**Project Schedule:**
**Approx Start Date:**

**Approx. Completion Date:**

| FOR OFFICE USE | | | |
|---|---|---|---|
| Date | Payment Amount | Reference | By |
| | | | |
| | | | |
| | | | |
| | | | |

**Client Name:** JENNIFER KNUT GREVLE

**Address:**

**City:**  **State:** CA  **Zip:**

**Phone:** H [ ]  W [ ]
Cell [ 213 ]  Fax [ ]

**Thomas Guide Directions:**

| Book | Page | Section |
|---|---|---|

Please make checks payable to: **Closets By Design**

**Total Agreed Price $** 4960

**Deposit $** 1100  ☐ Cash ☐ Check ☐ C.C

**1st Payment $** 1960  ☐ Cash ☐ Check ☐ C.C

**Deposit & 1st Payment CREDIT CARD NUMBER**  Exp. Date   Check #

**Final Payment $**  ☐ Cash ☐ Check ☐ C.C
Due on delivery and installation
I authorize Closets By Design to charge my final payment to the same credit card above upon delivery date or to charge it to the card listed below

**Balance CREDIT CARD NUMBER if different from above**   Exp. Date

**FOR 3RD PARTY FINANCING ON APPROVED CREDIT ONLY**

I promise to pay to Seller or its Assignees the Unpaid Balance of Cash Price shown above plus Finance Charges and all other charges due thereon (the deferred payment price) instead of the Cash Price and grant and confirm a security interest in the goods shown to secure the balance of the Cash Price, subject to and in accordance with all terms and conditions of the Revolving Charge Agreement with Seller which establishes the Account under which this purchase is made, even if I am not a party to that Agreement.

**ACCEPTANCE:** I the undersigned acknowledge that I have read and understood the terms of this Sales Agreement and Conditions on the reverse side. This is a legal and binding agreement, not an estimate.

**Initials** _____    Received Pre-Installation Guidelines,
Design Review and Acceptance Check List,
Custom Designs and Pre-Contractual Disclosure

**X** _____   _____
PURCHASER, APPROVED AND ACCEPTED   DATE

**X** _____   _____
DESIGNER, CLOSETS BY DESIGN   DATE

WHITE-Office  YELLOW-Designer  PINK-Client      HO 12-8-2003 CBD F1MC

**Job Description:** CLASSIC MASTER WHITE MELAMINE ADD TO EXISTING 12" 16" X DRAWERS-RIGHT WALL ONLY
(1) SONS CLOSET CLASSIC WHITE MELAMINE 12" & 16" PANELS & SHELVES & DRAWERS
2) UPPER BATHROOM CABINETS - CLASSIC

**Accessories** WHT MELAMINE
W/ DOORS -
1 JEWELRY DRAWER
(1) CLOSE ON ALL DRAWERS
NOTCH FOR ARED OA-O5-15"
6" H41 BAR PULLS + OIL RUBBED BRONZE
2 LUKS ALL DISCOUNTS

**Backing:**

☐ YES, I agree to pay for it   ☒ NO, I prefer not to have backing

YOU, THE BUYER HAVE THE RIGHT TO REQUIRE THE CONTRACTOR TO HAVE A PAYMENT AND PERFORMANCE BOND. A COPY OF CLOSET BY DESIGN, INC'S PAYMENT AND PERFORMANCE BOND ISSUED BY HCC SURETY GROUP, 9841 AIRPORT BLVD., LOS ANGELES, CA 90045 IS ON FILE WITH THE REGISTRAR OF CONTRACTORS.

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

**Exhibit 7**

 

# DELIVERY RECEIPT

CLOSETS BY DESIGN
3850 CAPITOL AVE
WHITTIER, CA 90601
PHONE: (310) 965-2000

CLIENT #:  CB155224.0
DELIVERY DATE: 11/16/2017

CLIENT:------------------------------
|GREVLE, JENNIFER
|
|HOME PHONE: (213)
|WORK PHONE:
------------------------------------

DESIGNER NAME:
COOPER SCHWARTZ, SHELLY
METHOD OF FINAL PAYMENT: FINANCE
TERMS: COD
CONTRACT AMOUNT: $      4,900.00
DEPOSIT(S)    : $      2,450.00
BALANCE DUE   : $      2,450.00

INSTALLER NAME: ___Jose Garcia___   GROUP/VAN #:IGD/   63

HELPER NAME  : ___Oscar A___

_X_ :INSTALLATION JOB   ___ :JOB CONTINUATION

JOB COMPLETE:___YES___NO   JOB CLEAN:___YES___NO   SPLIT JOB:___YES___NO

IF JOB CONTINUATION NEEDED DESCRIBE WHAT IS NEEDED

1  Drawer   24 x14x8¾   Soft close slide
2  Cabinet   10 x3½x 30   white
         D  H  W

|   * THANK YOU FOR SELECTING CLOSETS BY D.
|  ** PLEASE DIRECT ALL INQUIRIES IN REFERENCE TO OUR LIMITED SEVEN YEAR
|     WARRANTY TO OUR CUSTOMER SERVICE DEPARTMENT AT (310) 965-2000.
|*** YOUR WARRANTY CERTIFICATE WILL BE SENT TO YOUR EMAIL ADDRESS BELOW.

CLIENT SATISFIED WITH DELIVERED PRODUCT (PLEASE INITIAL): _____

CREDIT CARD #: _____   EXP DATE: _____

NAME ON CARD : _____   SIGNATURE: _____

TIME OF ARRIVAL    : _____   I/WE ACKNOWLEDGE RECEIPT OF ALL GOODS AND
                                 SERVICES DESCRIBED IN OUR SALES AGREEMENT,
TIME OF DEPARTURE  : _____   AND IN GOOD CONDITION.
                                 RECEIVED BY:_____
TOTAL WORKING HOURS: _____   DATE: 11/16/17

JOB CONTINUATION DATE: 11/22/17 MON__TUE__WED__THU__FRI__SAT__ AM__PM__

EMAIL ADDRESS: [          ]@gmail.com _____
              (WE DO NOT SELL OUR CUSTOMER EMAIL ADDRESS)

EXHIBIT 2

**Exhibit 7**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT

# 8



**Exhibit 8**

Closets, Garages, Offices, Pantries, Laundries, Wall Beds, Wall Units, Hobby Rooms, Garage Flooring and more...

Walk in Closet

Silver II Garage Closets

Home Office

**40% Off**
Plus Free
Installation
and Delivery

40% off any order of $1000 or more. 30% off any order
of $700 or more. On any Closet, Garage or Home Office.
Take an additional 15% off for the holiday season on any
complete systems order. Not valid with any other offer.
Free installation with any complete unit order of $500
or more. With incoming order at time of purchase only.
Expires in 30 days.

Traxtile Flooring

Licensed and Insured.
Independently Owned and Operated.

Arizona #245931, Dublan #119962, Fort Myers: Cape Coral: #B116-77812
& B115-71573, Lee County #0505685, Collier County #LCC2014000666,
Fresno #717250, Long Island #136019S & 147773-H, HNJ 13H9000347800,
Reno #52010, #719672, SE Penn #PA002447, Tacoma #CC CLOSEB3807315,
Tampa #C-9497, Wash DC #VA 2705660445, #MD 131690, #DC
420214000077, Palm Beach OCC1509325 & MC556658

12
Month Free
Financing
0% APR

Fee financing for 12 months with
minimum payments. Ask your
Designer for details. O.A.C.

Call now for a free in home design
consultation and estimate

**1-888-500-9205**

www.closetsbydesign.com   Follow us

**Closets
byDesign**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 9



 Closets
byDesign

# PRE-CONTRACTUAL DISCLOSURE

This document is part of your Sales Agreement and Conditions

**Closets by Design**
3850 Capital Avenue, Whittier, CA 90601  (310) 515-1210
Contractor's License Number 794616

Closets By Designs, Inc. is licensed by the Contractors State Licensing Board and is required by the law to provide you the following notice before you may sign a contract with us to perform work on your property.

## LICENSING NOTICE

STATE LAWS REQUIRE ANYONE WHO CONTACTS TO DO CONSTRUCTION WORK TO BE LICENSED BY THE CONTRACTORS STATE LICENSE BOARD IN THE LICENSE CATEGORY IN WHICH THE CONTACTOR IS GOING TO BE WORKING IF THE TOTAL PRICE OF THE JOB IS $500.00 OR MORE (INCLUDING LABOR AND MATERIALS).

LICENSED CONTRACTORS ARE REGULATED BY LAW DESIGNED TO PROTECT THE PUBLIC. IF YOU CONTRACT WITH SOMEONE WHO DOES NOT HAVE A LICENSE, THE CONTRACTORS STATE LICENSE BOARD MAY BE UNABLE TO ASSIST YOU WITH A COMPLAINT. YOUR ONLY REMEDY AGAINST AN UNLICENSED CONTRACTOR MAY BE IN CIVIL COURT, AND YOU MAY BE LIABLE FOR DAMAGES ARISING OUT OF ANY INJURIES TO THE CONTRACTOR OR HIS OR HER EMPLOYEES.

YOU MAY CONTACT THE CONTRACTORS STATE LICENSE BOARD TO FIND OUT IF THIS CONTRACTOR HAS A VALID LICENSE. THE BOARD HAS COMPLETE INFORMATION ON THE HISTORY OF LICENSED CONTRACTORS, INCLUDING ANY POSSIBLE SUSPENTIONS, REVOCATIONS, JUDGEMENTS AND CITATIONS. THE BOARD HAS OFFICES THROUGHOUT CALIFORNIA. PLEASE CHECK THE GOVERNMENT PAGES OF THE WHITE PAGES FOR THE OFFICE NEAREST YOU OR CALL 1-800-321-CSLB FOR MORE INFORMATION.

## NOTICE TO OWNER

Under the California Mechanic's Lien Law, any other contractor, subcontractor, laborer, supplier or other person who helps improve your property, but is not paid for his/her work supplies, has a right to enforce a claim against your home or property.

This means that after a court hearing, your home or property could be sold by a court officer and the proceeds of the sale used to satisfy what you owe. This can happen even if you have paid your contractor in full if the subcontractors, laborers or suppliers remain unpaid.

To preserve their right to file a claim or lien against your home or property, certain claimants such as contractors or material suppliers are required to provide you with a document entitled "Preliminary Notice." Contractors and laborers for wages do not have to provide this notice. A Preliminary Notice is not a lien against your property, its purpose is to notify you of persons who may have a right to file a lien against your property if they are not paid. In order to protect their lien right, a contractor, sub contractor, supplier or laborer must file a mechanics lien with the county recorder, which then becomes a recorded lien against your property. Generally, the maximum time allowed for filling a mechanics lien against your property is 90 days after substantial completion of your project.

**Exhibit 9**



## Pre Installation Guidelines

**Scheduled Installation Date:** In the event you need to change your installation date, please notify our installation and customer service department at least 48 hours prior to your scheduled date. That direct number is 1-800-407-4704. This would also be the number you call for any warranty or service work.

**Payment:** Please have final payment ready for the installer when he arrives.

**For Everyone's Safety:** Please be sure that children and pets are kept clear from the work area. Please have furniture and other articles removed from work area.

**Please Clear Work Area:** Remove all articles from installation work area. Please remove any pictures, mirrors or delicate items from adjoining walls that may be shaken loose during the install. Please remove vehicles, bikes, golf clubs and other personal items from the garage and driveway prior to garage installation.

**Preparation:** Standard tear out will be done on the day of our installation. Tear out done on a separate day should be discussed with your Designer in advance and scheduled. If you wish to save your existing shelving, please notify our installer prior to removal. We will do everything we can to save your existing material and baseboards but cannot guarantee its condition, due to aging and the manner in which it was originally installed.

**Painting:** Most of our clients do not paint prior to our arrival. Minor touch up painting and patching can be done once the new closet system is installed. We do NOT provide this service. If you chose to paint the closet please remove baseboards, shelves and rods prior to painting and allow 48 hours for the paint to dry.

**Backing:** Closets By Design offers backing as an option at an additional cost. All of our closets are manufactured <u>without</u> backing unless backing is specified on the plans and contract. Backing is included in Infinity Offices and garage cabinets.

**Custom Built:** All our units are manufactured according to your plans. Any changes to your plans must be discussed with your Designer and noted on your plans prior to manufacturing. Changes necessary after your order is placed may incur additional charges and require a change in your installation date.

**Upon Completion:** Closets By Design is licensed, bonded and insured. Our installers follow strict guidelines to ensure a quality installation. Upon completion, please take a moment to look over your installation to make sure everything is to your satisfaction.

Customer Service & Installation
**1-800-407-4704**
Contractor's License #794616

**Exhibit 9**





Closets
byDesign

## Project and Design Approval

### Material/Color/Hardware
√  The material for your custom project will be the highest quality industrial grade particle board with a melamine finish.
√  A glue seam may be visible on the edge banding of your shelves and panels.
√  Straight edge treatment is standard on all panels, shelves, doors and drawers. You may upgrade to a soft edge finish. If soft edge is purchased, the soft edge will be on the vertical side of doors only and the horizontal sides of drawer faces.
√  The interior of drawers are white. You can upgrade to a matching interior color.
√  Chrome handles are standard. You can upgrade to other styles and colors.
√  All projects are custom made just for you. Your project may take more than one day to install and may not be symmetrical based upon your floors and walls.

### Closet Projects
√  Your Designer has reviewed placement of drawers and location of outlets, light switches, windows, attic access and other space obstacles.
√  Our standard installation is flush against the wall and requires the removal of your baseboard. You may wish to upgrade to notched panels at an additional charge.
√  Backing is not standard in closets and may be purchased at your option.
√  Panels are attached to the wall with small visible "L" brackets.

### Garage Projects
√  Designer has reviewed placement of cabinets and impact of garage door opening.
√  Cabinets come with full backing and are installed off the floor on a steel rail.
√  If a workbench is included, designer has reviewed finished height.
√  The garage must be emptied prior to arrival of installation.

### Office/Media Center/Wall Bed Projects
√  Your Designer has reviewed placement of components and cord management facilitated by the various grommet packages chosen.
√  Your designer has reviewed your countertop selection and the finished height.
√  Standard installation of lower cabinets will be in front of your base molding.
√  Lower cabinets will be partially backed for ease of cord movement.
√  Bed cabinet will be screwed into the wall studs for security.

I approve of the project and design specifications.

Client Name _Anita Rivas_          Client # _182115.0_

Client Signature _Anita Rivas_          Date _Mar 7, 2023_

**Exhibit 9**

## ClosetsbyDesign

**Closets By Design, Inc.**
3850 Capitol Ave.
Whittier, CA 90601
800-293-3744 Cont. Lic. # 794616
800-407-4704 Cust. Serv. & Install.

**Client No:** 182115.0

**Delivery and Installation Date:** _____

**Project Schedule:**
Approx Start Date: _____

Approx. Completion Date: _____

| FOR OFFICE USE | | | |
|---|---|---|---|
| Date | Payment Amount | Reference | By |
| | | | |
| | | | |
| | | | |

**Client Name:** ANITA RIVAS

**Address:** 3411 MCLAGHLIN AVE

**City:** LOS ANGELES   **State:** CA **Zip:** 90066

**Phone:** H [   ]   W [   ]
Cell [ 310 ] 699-9434 Fax [   ]

**Thomas Guide Directions:**

| Book | Page | Section |
|---|---|---|

Please make checks payable to: **Closets By Design**

Total Agreed Price $ 1682.00

Deposit $ 168.20   ☐ Cash ☐ Check ☐ C.C

1st Payment $ 168.20   ☐ Cash ☐ Check ☐ C.C

Deposit & 1st Payment CREDIT CARD NUMBER 2207   Exp. Date 01/28   Check #

Final Payment $ _____   ☐ Cash ☐ Check ☐ C.C
Due on delivery and installation
I authorize Closets By Design to charge my final payment to the same credit card above upon delivery date or to charge it to the card listed below

Balance CREDIT CARD NUMBER if different from above   Exp. Date

**FOR 3ᴿᴰ PARTY FINANCING ON APPROVED CREDIT ONLY**

I promise to pay to Seller or its Assignees the Unpaid Balance of Cash Price shown above plus Finance Charges and all other charges due thereon (the deferred payment price) instead of the Cash Price and grant and confirm a security interest in the goods shown to secure the balance of the Cash Price, subject to and in accordance with all terms and conditions of the Revolving Charge Agreement with Seller which establishes the Account under which this purchase is made, even if I am not a party to that Agreement.

**ACCEPTANCE:** I the undersigned acknowledge that I have read and understood the terms of this Sales Agreement and Conditions on the reverse side. This is a legal and binding agreement, not an estimate.

Initials N/A   Received Pre-Installation Guidelines, Design Review and Acceptance Check List, Custom Designs and Pre-Contractual Disclosure

X _____ (Anita)   **DATE** 02/07/23
PURCHASER, APPROVED AND ACCEPTED   DATE

X _____   **DATE** 02/07/23
DESIGNER, CLOSETS BY DESIGN   DATE

WHITE-Office  YELLOW-Designer  PINK-Client   HO 12-8-2003 CBD F1MC

**Job Description:** DINING AREA STORAGE
* PENDING   SALE *
REGENCY COLLECTION
ALL IN WHITE
12" & 1/2 12" PANELS
@ 72"h & 48"h
SHELVING
* holds discount
* 30% more upon to
start job
* balance upon installation

**Accessories**
ALL DISCOUNTS & PROMOS
INCLUDED
* PENDING   SALE *
CLIENT MAY CHANGE
DESIGN DURING ~~THE TIME~~ INTERIM
AND CLIENT MAY GET FULL
REFUND WITH EMAIL NOTICE
BY RI MAR 7, 2023 @ MIDNIGHT

**Backing:**
☐ YES, I agree to pay for it   ☐ NO, I prefer not to have backing

YOU, THE BUYER HAVE THE RIGHT TO REQUIRE THE CONTRACTOR TO HAVE A PAYMENT AND PERFORMANCE BOND. A COPY OF CLOSET BY DESIGN, INC'S PAYMENT AND PERFORMANCE BOND ISSUED BY HCC SURETY GROUP, 9841 AIRPORT BLVD., LOS ANGELES, CA 90045 IS ON FILE WITH THE REGISTRAR OF CONTRACTORS.

**YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.** WHICH INCLUDES TERMINATION RIGHT VIA EMAIL.

93

**Exhibit 9**

gwicks@closetsbydesign.com

## Choose your Custom Closet

| | | | | | |
|---|---|---|---|---|---|
| **Everyday** COLLECTION | Includes ¾" straight edge panels, shelves and half overlay flat face doors and drawers. | 2880 | -40% -10% | | 1468 |
| **Classic** | Includes ¾" straight edge panels and soft edge shelves. Half overlay doors and drawers with flat face and soft edge. | | | | 117 |
| *Regency* | Includes 1 1/8" straight edge panels and ¾" soft edge shelves. Half overlay door and drawers with flat face and soft edge. | | | | 220 |

**Premium Collection**

| | | | | |
|---|---|---|---|---|
| *Brio* Collection | Includes ¾" straight edge panels, shelves and half overlay Deco doors and drawers. | | | |
| ☐ Deco - 100, 200, 300, 400 Series | | | ☐ Deco - 500 and Shaker 600 | |

## Choose your Custom Options

| | | | | |
|---|---|---|---|---|
| Solid Color Melamine | ☐ | | | F 88 |
| Woodgrain Melamine | ☐ | | | 278 |
| Backing | ☐ | | | |
| Brio Backing | ☐ | | | |
| Deco | ☐ | | | |
| Deco | ☐ | | | |
| Molding Package | ☐ | | | |
| Molding Top or Bottom | ☐ | | | |
| Smooth "Soft Close" Slides | ☐ | | | |
| Accent Top Shelf | ☐ | | | |
| Premium Options ☐ | Available for Classic and Regency only. Inset doors and drawers. Soft edge panels and shelves . Includes Accent Top Shelf Shelves inset 1". 12" panels up-grade to 13"deep. | | | |

## Accessories

SLAT WALL = 194

12"W × 48"+

1688

1882

Custom Designed for  ANITA RIVAS          Client# 182115.0

Your Closets by Design Designer  LIAM McCULLOUGH

My Manager  JOSE ARCINIEGA

Notes/Follow up  PENDING SALE

**Closets byDesign**

(800) 293-3744

**Exhibit 9**

94



95

**Exhibit 9**

NOTICE OF RIGHT TO CANCEL
NOTICE OF CANCELLATION

X _LIAM MCCULLOUGH_ 03/07/23
LIAM MCCULLOUGH

_182115.0_                          March 7, 2023
CLIENT #                          ENTER DATE OF TRANSACTION

whether check or credit card

You may cancel this transaction without penalty or obligation within three business days from the above date. by midnight Fri Mar 10 2023

If you cancel, any property traded in, any payments made by you under the sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the seller of your cancellation notice; and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under the contractor sale, or you may if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation.

If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice or send telegram to:  OR via email to: gwicks@closetsbydesign.com

**Closets By Design, Inc.** 3850 Capitol Ave., Whittier, CA 90601

Not later than midnight of _Mar 10, 2023_ I hereby cancel this transaction _____ [three business days]
                         Date                                        Date

_Anita Rivas_  _3411 Mclaughlin Ave #2_  _310 699 9434_
Buyers Signature        Print Name            Address                Phone
                                        Los Angeles
                                        CA 90066

---

NOTICE OF RIGHT TO CANCEL
NOTICE OF CANCELLATION

X _LIAM MCCULLOUGH_ 03/07/23
LIAM MCCULLOUGH

_182115.0_                          March 7, 2023
CLIENT #                          ENTER DATE OF TRANSACTION

whether by check or credit card

You may cancel this transaction without penalty or obligation within three business days from the above date. by midnight Fri Mar 202

If you cancel, any property traded in, any payments made by you under the sale, and any negotiable instrument executed by you will be returned within 10 business days following receipt by the seller of your cancellation notice; and any security interest arising out of the transaction will be cancelled.

If you cancel, you must make available to the seller at your residence, in substantially as good condition as when received, any goods delivered to you under the contractor sale, or you may if you wish, comply with the instructions of the seller regarding the return shipment of the goods at the seller's expense and risk.

If you do make the goods available to the seller and the seller does not pick them up within 20 days of the date of your notice of cancellation, you may retain or dispose of the goods without any further obligation.

If you fail to make the goods available to the seller, or if you agree to return the goods to the seller and fail to do so, then you remain liable for performance of all obligations under the contract.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice or send telegram to:  or via email to: gwicks@closetsbydesign.com

**Closets By Design, Inc.** 3850 Capitol Ave., Whittier, CA 90601

Not later than midnight of _Mar 10, 2023_ I hereby cancel this transaction _____ [three business days]
                         Date                                        Date

_Anita Rivas_  _3411 McLaughlin Ave_  _310 699-9434_
Buyers Signature        Print Name            Address                Phone
                                        Los Angeles CA
                                        90066 #2

**Exhibit 9**



## General Product Care & Maintenance

The maintenance of your new product requires nothing more
than light dusting. However, should more than dusting be
required, we recommend the following.

### Melamine Laminate
Simple household cleaners
Furniture polish
Warm water and mild soap, wipe away excess.
#### Avoid:
Cleaners with abrasives, acids, or alkalis
Chlorine Bleach
Hydrogen Peroxide
Mineral or hydrochloric acids such as Lime-A-Way®
Berry juices
Dyes
Iodine

### Rods
Rods and other steel components are best cleaned
with a soft cloth.
Non-abrasive household cleaners will also work.

### Lucite
Lucite doors should be cleaned with a soft cloth and
plain water or solution specifically
formulated for cleaning acrylic plexiglass.
#### Avoid:
Abrasive Cleaners
Window Cleaner
Solutions with alcohol, ammonia, acetone or harsh
solvents

### Velvet Jewelry Trays
Velvet drawer inserts can be cleaned with a lint
brush, a vacuum, or lint roller. Avoid allowing the
velvet to become wet, as the color will bleed.

**Exhibit 9**

# Closets by Design Product Warranty

Closets by Design Seven Year Warranty applies to all custom designed storage units and organizers manufactured and installed by Closet by Design employees. The Warranty is only available to the original purchaser of the unit when installed in the purchasers home or dwelling indicated on the sales agreement. This Warranty is Non-Transferable.

The Warranty provides for the replacement of faulty components manufactured by Closets by Design under normal wear and use from the installation date for seven years.

Excluded from this Warranty are all situations related to damage due to abuse, misuse, fire, flood, earthquake, acts of nature, failure caused by corrosion, storage of over-weighted objects and the installation and labor costs associated with the required replacement of components.

Products that were not manufactured but were installed by Closets by Design, such as mirrored closet doors and many accessories have a one year Warranty.

To claim a replacement under the provisions of this Warranty, simply provide proof of original purchase and contact Warranty Department of Closets by Design and the necessary arrangements will be made to honor the Warranty.



March 1, 2005

98                                                Exhibit 9

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 10



**Exhibit 10**