*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 11

# Yancy Dennis

dennisyd@gmail.com • (443) 416-4584
www.linkedin.com/in/yancydennis/ • Owings Mills, MD

Data Scientist

Accomplished senior leader executing data-driven solutions to increase efficiency, accuracy, and utility of internal data processing. Proven background in creating data regression models, using predictive data modeling, and analyzing data mining algorithms to deliver insights and implement action-oriented solutions to complex business problems.

## Technical Proficiencies

Oracle SQLPLUS, PL/SQL, VB.Net, Advanced Excel, Java, C#, MySQL, R, Python, Streamlit, PostgreSQL, SAS, AWS, Jira, Databricks, Database Management

## Career Experience

**ARDX,** Owings Mills, MD                                                                                                 **2019 – 2023**
*Senior Manager of Program Evaluation and Business Analytics,* 2020 - 2023

Delivered solutions and actionable insights for key stakeholders to reduce costs, improve outcomes, and forecast business performance. Executed advanced trend analytics, mined data to answer relevant needs, and conducted root cause statistical analyses. Developed predictive models and deploy science-based evaluation processes. Identified indicators of fraud, waste, and abuse by profiling data extracted from the Multidimensional Information and Data Analytics System (MIDAS). Served as subject matter expert on risk adjustment and encounter data.

- Identified drug prescribing patterns through analysis of CMS Medicare Advantage Plan prescription drug events.
- Cultivated a risk profiling report based on queries for the Integrated Data Repository which holds over 60M Medicare enrollees.

*Data Scientist,* 2019 – 2020

Led advanced analytics projects utilizing big data and advanced science method and technologies. Improved customer experience, operational effectiveness, and increased business value delivering insights using advanced statistical and machine learning techniques. Collaboratively built end-to-end data pipelines to deploy advanced models. Developed mathematical and statistical models to distinguish relevant content and recognize patterns.

- Effectively designed a data management plan for the Appeals and Integrity Contract.
- Evaluated population and policy changes on Program Integrity Priorities utilizing microsimulation efforts.

**Fixt,** Baltimore, MD                                                                                                       **2018 – 2019**
*Senior Data Analyst Consultant*

Designed, built, and maintained efficient, reusable, and reliable data analytics processes and dashboards. Interfaced with clients to identify business needs and recommend solutions. Led client engagement encompassing work plans, staffing, deadlines, budgeting, and strategizing to maintain integrated project plans. Integrated automation across multiple work processes including account management, financial reporting, and pricing strategies. Oversaw the intern program with direction of intern recruitment strategies targeting top tier schools such as MIT and Cornell.

- Enhanced customer service with topic models using Python with NLTK to discover hidden semantic structures within customer feedback data.

**Exhibit 11**

102

**Building New Leaders,** Baltimore, MD                                                            2011 – 2018
*Principal*

Developed, enhanced, and maintained web and mobile solutions across government and private sector clients. Improved job performance with implementation of workplace initiatives. Tracked industry trends and networked at industry events to remain updated on new technologies.

- Cultivated and launched computer applications for the United States Geological Services (USGS), Naval Sea Systems Command (NAVSEA), Boone Restoration, and New York University.
- Formulated Access and MySQL database solutions for stakeholders in partnership with Archscan, LLC.

**Allegis Group Services,** Hanover, MD                                                            2010 – 2011
*Solution Architect*

Cultivated client solutions focusing on most efficient technological and business processes to enable capabilities required by the business. Analyzed clients' business and technical challenges, designed comprehensive solutions for smooth integration. Converted business visions into technical solution by liaising with business and technical stakeholders, built a clear technology strategy and roadmap, and remained up-to-date on industry trends and technologies.

- Successfully generated an XML invoice feed for SAP financials with design of C# application for America Online.
- Supported Fortune 500 clients with integration of COTS vendor management tools.

*Principal,* KonceptNexus, Owings Mills, MD                                                    2008-2011
Marketed online professional training courses to educational institutions and Fortune 1000 companies, partnering with the National Education Foundation. Developed social networking and educational websites using Drupal CMS.

- Targeted potential clients, increasing enrollment.
- Collaborated with cross-functional teams, meeting/exceeding project goals.

*Lead Business Architect,* CareFirst BlueCross BlueShield, Owings Mills, MD                      2007-2008
Oversaw the implementation of the company's business system architecture to support a significant healthcare services conversion project. This three-year, $100 million initiative ultimately yielded a $157 million ROI.

- Automated the process of gathering requirements, resulting in an improvement in the quality assessment of requirements by the Requirements Competency Center.
- Led an impact analysis that resulted in a 30% reduction in the requirements gathering phase.

*IT Strategy Leader (Office of the CIO),* CareFirst BlueCross BlueShield, Owings Mills, MD       2005-2007
Partnered with executive leadership at CareFirst to define and implement the company's corporate and IT strategies.

- Developed and gained approval for the 2006 and 2007 IT strategies aligned with CareFirst's corporate goals.
- Pioneered a new IT management system that improved service delivery and cost-effectiveness.
- Designed and implemented the Measurement and Analysis Process Area for CareFirst's CMMI (L3) initiative.
- Provided business process mapping training to a cross-functional Swat Team for claims process improvement.

*Strategic Technology Manager/Director,* Capital One Financial Services, Glen Allen, VA          2002-2005
Demonstrated expertise in grid computing and genetic algorithm optimization, and successfully applied these techniques to a real-world business problem.

- Successfully managed three vendors, including IBM, Genalytics, and Platform Computing, to develop and implement a genetic algorithm-based credit risk prediction model in a grid computing environment.
- Worked closely with cross-functional teams across multiple departments at Capital One to ensure successful integration of the model into business operations.
- Managed a team of up to 25 associates, including project managers, developers, and architects, to deliver complex technology solutions on time and within budget.

**Exhibit 11**

*Principal Engineer,* Capital One Financial Services, Glen Allen, VA                      2000-2002
Demonstrated leadership in selecting data warehouse platform, enhancing analytics, improving processes, and managing projects.

- Led the adoption of a new high-performance computing $100 Million data warehouse platform, Teradata.
- Planned and managed the on-time and on-budget delivery of up to 60 concurrent projects.
- Acknowledged for successfully achieving 90% customer satisfaction ratings on all projects.

*Strategic Project Manager,* E.I. DuPont de Nemours, Richmond, VA                      1996-2000
Directed and reengineered applications resulting in significant performance improvement and accolades.

- Directed the migration of a $2 Million legacy manufacturing application into a 3-tiered object-oriented client-server environment, leading the team to capture the Inaugural Stellar Award.
- Reengineered the client-service application, resulting in a remarkable 95% performance improvement.

*Consulting Engineer,* E.I. DuPont de Nemours, Wilmington, DE                      1990-1996
Utilized vector processing capabilities and advanced cooling systems of the Cray T90/C90 to optimize performance and ensure reliable operation, demonstrating expertise in high performance computing and computational simulation.

- Conducted computer simulations to predict flammability for chemical reactions, utilizing ChemKin to model complex chemical systems and determine appropriate parameters for safe operation of chemical processes.
- Analyzed simulation results to identify potential hazards and develop risk mitigation strategies, demonstrating expertise in chemical process safety and computational simulation.

## Education

| | |
|---|---|
| *Doctor of Philosophy in Chemical Engineering* | *University of Virginia, Charlottesville, VA* |
| *Master of Science in Chemical Engineering* | *University of Virginia, Charlottesville, VA* |
| *Bachelor of Science in Chemical Engineering* | *Massachusetts Institute of Technology, Cambridge, MA* |
| *Strategic Uses of Technology* | *Stanford University, Stanford, CA* |
| *Bargaining and Negotiating* | *University of Virginia, Charlottesville, VA* |

## Certifications

Crash Course on Python
Using Python to Interact with the Operating System

**Exhibit 11**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 12

**Screenshot of archive.org record of screen captures for closetsbydesign.com**

**2018**



**Exhibit 12**

**2019**



Exhibit 12

## 2020



Exhibit 12

**2021**



**Exhibit 12**

**2022**



**Exhibit 12**

**2023**



**Exhibit 12**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 13

## Summary of the Perpetual Use of
## 40% Off "Limited Time Offers" Advertised
## on the Closets By Design, Inc. Website

Column 1 = The date the homepage was archived
Column 2 = The sale offer on the homepage
Column 3 = The date the sale offer on the homepage links to that presents the sale offer terms and expiration date
Column 4 = Additional sale information

| Date | Advertising Offer | Link to Terms & Expiration Date | Other Representations |
|------|------|------|------|
| 14 Nov 2018 | No Ad | No | N/A |
| 19 Nov 2018 | No Ad | No | N/A |
| 25 Nov 2018 | 40% Off | No | Plus Take 15% Off Limited time offer |
| 05 Dec 2018 | 40% Off | No | Plus Take 15% Off Limited time offer |
| 11 Dec 2018 | 40% Off | No | Plus Take 15% Off Limited time offer |
| 27 Feb 2019 | No Ad | N/A | N/A |
| 14 Mar 2019 | No Ad | N/A | N/A |
| 08 Apr 2019 | No Ad | N/A | N/A |
| 21 May 2019 | 40% Off | No Link | 15% off any complete system |
| 05 Aug 2019 | 40% Off | Link to present page | |
| 21 Aug 2019 | 40% Off | Link to present page | |
| 02 Nov 2019 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 05 Nov 2019 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 05 Dec 2019 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | Extra 15% Off |
| 21 Dec 2019 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | Extra 15% Off |
| 01 Jan 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | Extra 15% Off |
| 02 Jan 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | Extra 15% Off |
| 05 Jan 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | Extra 15% Off |
| 12 Jan 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | Extra 15% Off |
| 18 Jan 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | Extra 15% Off |
| 01 Feb 2020 | $300 Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 13 Feb 2020 | $300 Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 14 Feb 2020 | $300 Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 28 Feb 2020 | $300 Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 01 Mar 2020 | $300 Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 10 Mar 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 13 Mar 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 01 Apr 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 02 Apr 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 10 Apr 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 13 Apr 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 21 Apr 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 27 Apr 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 28 Apr 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 01 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 02 May 2020 | No Ad | N/A | |
| 04 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 05 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |

Page **1** of **4**

**Exhibit 13**

113

## Summary of the Perpetual Use of
## 40% Off "Limited Time Offers" Advertised
## on the Closets By Design, Inc. Website

| Date | Advertising Offer | Link to Terms & Expiration Date | Other Representations |
|------|-------------------|--------------------------------|----------------------|
| 10 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 11 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 14 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 20 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 26 May 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 01 Jun 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 02 Jun 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 13 Jun 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 22 Jun 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 03 Jul 2020 | 40% Off | Link to present page | + 15% Off |
| 04 Jul 2020 | 40% Off | Link to present page | + 15% Off |
| 10 Jul 2020 | 40% Off | Link to present page | + 15% Off |
| 14 Jul 2020 | 40% Off | Link to present page | + 15% Off |
| 19 Jul 2020 | 40% Off | Link to present page | + 15% Off |
| 22 Jul 2020 | 40% Off | Link to present page | + 15% Off |
| 23 Jul 2020 | 40% Off | Link to present page | + 15% Off |
| 03 Aug 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 04 Aug 2020 | 40% Off | Link to present page | + 15% Off |
| 07 Aug 2020 | 40% Off | Link to present page | + 15% Off |
| 13 Aug 2020 | 40% Off | Link to present page | + 15% Off |
| 14 Aug 2020 | 40% Off | Link to present page | + 15% Off |
| 26 Aug 2020 | 40% Off | Link to present page | + 15% Off |
| 01 Sep 2020 | 40% Off | Link to present page | + 15% Off |
| 03 Sep 2020 | 40% Off | Link to present page | + 15% Off |
| 04 Sep 2020 | 40% Off | Link to present page | + 15% Off |
| 12 Sep 2020 | 40% Off | Link to present page | + 15% Off |
| 24 Sep 2020 | 40% Off | Link to present page | + 15% Off |
| 01 Oct 2020 | 40% Off | Link to present page | + 15% Off |
| 03 Oct 2020 | 40% Off | Link to present page | + 15% Off |
| 25 Oct 2020 | 40% Off | Link to present page | + 15% Off |
| 29 Oct 2020 | 40% Off | Link to present page | + 15% Off |
| 01 Nov 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | |
| 08 Nov 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 09 Nov 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 10 Nov 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 14 Nov 2020 | 40% Off | Link to 01 Nov 2020: Expires 31 Oct 2020 | + 15% Off |
| 25 Nov 2020 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 27 Nov 2020 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 01 Dec 2020 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 19 Dec 2020 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 21 Dec 2020 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 07 Jan 2021 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 13 Jan 2021 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 19 Jan 2021 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |

Page **2** of **4**

**Exhibit 13**

## Summary of the Perpetual Use of
## 40% Off "Limited Time Offers" Advertised
## on the Closets By Design, Inc. Website

| Date | Advertising Offer | Link to Terms & Expiration Date | Other Representations |
|---|---|---|---|
| 23 Jan 2021 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 26 Jan 2021 | 40% Off | Link to 21 Nov 2020: Expires 30 Nov 2020 | + 15% Off |
| 05 Feb 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 26 Feb 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 27 Feb 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 02 Mar 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 07 Mar 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 07 Apr 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 10 Apr 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 24 Apr 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 05 May 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 17 May 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 18 May 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 17 Jun 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 28 Jun 2021 | 40% Off | Link to 03 Jun 2021: Expires 22 Jul 2021 | + 15% Off |
| 07 Jul 2021 | 40% Off | Link to 02 Aug 2021: No Expiration Date | + 15% Off |
| 28 Jul 2021 | 40% Off | Link to 02 Aug 2021: No Expiration Date | |
| 01 Aug 2021 | 40% Off | Link to 02 Aug 2021: No Expiration Date | |
| 11 Aug 2021 | 40% Off | Link to 02 Aug 2021: No Expiration Date | |
| 12 Aug 2021 | 40% Off | Link to 02 Aug 2021: No Expiration Date | |
| 15 Aug 2021 | 40% Off | Link to 02 Aug 2021: No Expiration Date | |
| 18 Sep 2021 | 40% Off | Link to 07 Sep 2021: Expires 26 Sep 2021 | |
| 19 Sep 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 22 Sep 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 07 Oct 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 10 Oct 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 15 Oct 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 16 Oct 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 23 Oct 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 30 Oct 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 01 Nov 2021 | 40% Off | Link to 29 Sep 2021: Expires 07 Nov 2021 | |
| 30 Nov 2021 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 05 Dec 2021 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 19 Dec 2021 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 23 Dec 2021 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 24 Dec 2021 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 26 Dec 2021 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 03 Jan 2022 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 07 Jan 2022 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 26 Jan 2022 | 40% Off | Link to 26 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 27 Jan 2022 | 40% Off | Link to 27 Jan 2022: Expires 29 Jan 2022 | + 15% off |
| 01 Feb 2022 | 40% Off | Link to 27 Jan 2022: Expires 29 Jan 2022 | |
| 03 Feb 2022 | 40% Off | Link to 27 Jan 2022: Expires 29 Jan 2022 | |
| 07 Feb 2022 | 40% Off | Link to 27 Jan 2022: Expires 29 Jan 2022 | |

**Exhibit 13**

**Summary of the Perpetual Use of**
**40% Off "Limited Time Offers" Advertised**
**on the Closets By Design, Inc. Website**

| Date | Advertising Offer | Link to Terms & Expiration Date | Other Representations |
|------|-------------------|--------------------------------|----------------------|
| 14 Feb 2022 | 40% Off | Link to 27 Jan 2022: Expires 29 Jan 2022 | |
| 03 Mar 2022 | 40% Off | Link to 31 Mar 2022: Expires in 30 days | |
| 12 Mar 2022 | 40% Off | Link to 31 Mar 2022: Expires in 30 days | |
| 25 Mar 2022 | 40% Off | Link to 31 Mar 2022: Expires in 30 days | |
| 28 Mar 2022 | 40% Off | Link to 31 Mar 2022: Expires in 30 days | |
| 01 Apr 2022 | 40% Off | Link to 31 Mar 2022: Expires in 30 days | + 15% off |
| 22 May 2022 | 40% Off | Link to 31 Mar 2022: Expires in 30 days | + 15% off |
| 21 Jun 2022 | 40% Off | Link to 23 Jul 2022: Expires 30 Jul 2022 | + 15% off |
| 26 Jun 2022 | 40% Off | Link to 23 Jul 2022: Expires 30 Jul 2022 | + 15% off |
| 07 Jul 2022 | 40% Off | Link to 23 Jul 2022: Expires 30 Jul 2022 | + 15% off |
| 18 Jul 2022 | 40% Off | Link to 23 Jul 2022: Expires 30 Jul 2022 | + 15% off |
| 09 Aug 2022 | 40% Off | Link to 23 Jul 2022: Expires 30 Jul 2022 | + 15% off |
| 13 Aug 2022 | 40% Off | Link to 23 Jul 2022: Expires 30 Jul 2022 | + 15% off |
| 08 Sep 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | |
| 18 Sep 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | |
| 01 Oct 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | |
| 03 Oct 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | |
| 13 Oct 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | |
| 17 Oct 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | |
| 20 Oct 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | |
| 03 Nov 2022 | 40% Off | Link to 17 Oct 2022: Expires in 30 days | + 15% off |
| 01 Dec 2022 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 03 Dec 2022 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 27 Dec 2022 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 03 Jan 2023 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 06 Jan 2023 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 05 Feb 2023 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 09 Feb 2023 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 10 Feb 2023 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 21 Feb 2023 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |
| 02 Mar 2023 | 40% Off | Link to 08 Dec 2022: Expires 10 Dec 2022 | + 15% off |

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 14

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### November 14, 2018



### December 11, 2018



**Exhibit 14**

# Monthly Screenshots of the
# Closets By Design, Inc. Website Homepage
# as Captured by Archive.org

### March 14, 2019



### April 8, 2019



Exhibit 14

**Monthly Screenshots of the**
**Closets By Design, Inc. Website Homepage**
**as Captured by Archive.org**

### May 21, 2019

Search for: [Search Here]

Own a Franchise

Francais

Logo Logo Logo Logo Logo
1-800-500-9210 Let's Get Started 40% Off plus Free Installation, plus take an extra 15% Off any complete system. Click here to learn more.

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery
- Hobby Rooms
  - Hobby Rooms
  - Hobby Gallery

### August 5, 2019

Search for: [Search Here]

Own a Franchise

Francais

Choose a location near you

Logo Logo Logo Logo Logo
40% Off plus Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery
- Hobby Rooms

Page **3** of **24**

**Exhibit 14**

**Monthly Screenshots of the
Closets By Design, Inc. Website Homepage
as Captured by Archive.org**

### September 29, 2019

Search for: [Search Here] [⊞]
Own a Franchise
Francais
**Choose a location near you**
Logo Logo Logo Logo
40% Off plus Free Installation.Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery
- Hobby Rooms

### October 19, 2019

Search for: [Search Here] [⊞]
Own a Franchise
Francais
**Choose a location near you**
Logo Logo Logo Logo
40% Off plus Free Installation.Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery
- Hobby Rooms

**Exhibit 14**

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### November 5, 2019



### December 5, 2019

Search for: [Search Here]

Own a Franchise
Français
**Choose a location near you**
Logo Logo Logo Logo Logo
40% Off plus take an extra 15% Off,
Plus Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery

Page **5** of **24**

Exhibit 14

122

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### January 12, 2020



### February 2, 2020



Page **6** of **24**

**Exhibit 14**

123

**Monthly Screenshots of the**
**Closets By Design, Inc. Website Homepage**
**as Captured by Archive.org**

### March 1, 2020

Search for: [Search Here]

Own a Franchise
Francais
**Choose a location near you**
**Logo Logo Logo Logo Logo**
$300 Off Plus Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery
- Hobby Rooms

### April 2, 2020

Search for: [Search Here]

Own a Franchise
Francais
**Choose a location near you**
**Logo Logo Logo Logo Logo**
40% + 15% Off, Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery
- Hobby Rooms

Page **7** of **24**

**Exhibit 14**

**Monthly Screenshots of the**
**Closets By Design, Inc. Website Homepage**
**as Captured by Archive.org**

## May 5, 2020

Search for: [Search Here]
Own a Franchise
Francais
**Choose a location near you**
**Logo Logo Logo Logo Logo**
40% + 15% Off, Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
    - Walk-In Closet Gallery
  - Reach-In Closets
    - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
    - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
    - Home Office Gallery
- WallBeds
  - WallBeds
    - Wallbed Gallery
- Media Centers
  - Media Centers
    - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
    - Laundry Gallery
- Pantries
  - Pantries
    - Pantry Gallery
- Hobby Rooms

## June 2, 2020

Search for: [Search Here]
Own a Franchise
Francais
**Choose a location near you**
**Logo Logo Logo Logo Logo**
40% + 15% Off, Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
    - Walk-In Closet Gallery
  - Reach-In Closets
    - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
    - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
    - Home Office Gallery
- WallBeds
  - WallBeds
    - Wallbed Gallery
- Media Centers
  - Media Centers
    - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
    - Laundry Gallery
- Pantries
  - Pantries
    - Pantry Gallery
- Hobby Rooms

Page **8** of **24**

**Exhibit 14**

# Monthly Screenshots of the
# Closets By Design, Inc. Website Homepage
# as Captured by Archive.org

### July 10, 2020



### August 3, 2020

**Exhibit 14**

**Monthly Screenshots of the
Closets By Design, Inc. Website Homepage
as Captured by Archive.org**

### September 4, 2020

Search for: [Search Here]
Own a Franchise
Francais
Choose a location near you
Logo Logo Logo Logo

Follow us:

INTERNET OFFER: 40% + 15%, + Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery

### October 1, 2020

Search for: [Search Here]
Own a Franchise
Francais
Choose a location near you
Logo Logo Logo Logo

Follow us:

INTERNET OFFER: 40%  + Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery

**Monthly Screenshots of the**
**Closets By Design, Inc. Website Homepage**
**as Captured by Archive.org**

**October 3, 2020**

Search for: [Search Here]
Own a Franchise
Francais
**Choose a location near you**
Logo Logo Logo Logo

Follow us:

INTERNET OFFER: 40% + Free Installation. Click here to learn more.
Call Closet by Design 1-800-500-9210 Let's Get Started

- Home
- Closets
  - Walk-In Closets
  - Walk-In Closet Gallery
  - Reach-In Closets
  - Reach-In Closet Gallery
- Garages
  - Garage Cabinets
  - Garage Cabinet Gallery
  - Flooring
  - Wall Organizing
- Home Offices
  - Home Offices
  - Home Office Gallery
- WallBeds
  - WallBeds
  - Wallbed Gallery
- Media Centers
  - Media Centers
  - Media Center Gallery
- Laundry Rooms
  - Laundry Rooms
  - Laundry Gallery
- Pantries
  - Pantries
  - Pantry Gallery

**November 1, 2020**



**Exhibit 14**

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### December 21, 2020



### January 7, 2021



**Exhibit 14**

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### February 5, 2021



### March 2, 2021



**Exhibit 14**

# Monthly Screenshots of the
# Closets By Design, Inc. Website Homepage
# as Captured by Archive.org

## April 7, 2021



## May 5, 2021

**Exhibit 14**

**Monthly Screenshots of the
Closets By Design, Inc. Website Homepage
as Captured by Archive.org**

## June 17, 2021



## July 7, 2021



Page **15** of **24**

**Exhibit 14**

132

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### August 1, 2021



### September 18, 2021



133

**Exhibit 14**

# Monthly Screenshots of the
# Closets By Design, Inc. Website Homepage
# as Captured by Archive.org

## October 15, 2021



## November 1, 2021





Page **17** of **24**

**Exhibit 14**

134

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### December 19, 2021



### January 26, 2022



135

**Exhibit 14**

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### February 14, 2022



### March 25, 2022



**Exhibit 14**

# Monthly Screenshots of the
# Closets By Design, Inc. Website Homepage
# as Captured by Archive.org

## April 1, 2022



## June 26, 2022

**Exhibit 14**

# Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### July 18, 2022



### August 13, 2022



**Exhibit 14**

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### September 18, 2022



### October 17, 2022



**Exhibit 14**

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### November 3, 2022



### December 3, 2022



Page **23** of **24**

Exhibit **14**

## Monthly Screenshots of the
## Closets By Design, Inc. Website Homepage
## as Captured by Archive.org

### January 6, 2023



### February 10, 2023



Page **24** of **24**

**Exhibit 14**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT
# 15

**Samples of the Closets by Design's "Terms and Conditions"
for its Perpetual "40% Off" Sale Offer**

As published in September 2022



As published in March 2023



**Exhibit 15**