*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT 16



# DECLARATION OF NATHANIEL E FRANK-WHITE

1. I am a Records Request Processor at the Internet Archive. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each printout.

**Exhibit 16**



7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: April 4, 2023

*Nathaniel Frank-White*
Nathaniel E Frank-White

**Exhibit 16**

# EXHIBIT A

**Exhibit 16**

https://web.archive.org/web/20210815132232/https://www.closetsbydesign.com/

148

**Exhibit 16**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT 17

**Closets by Design Social Media**

Facebook "About" Page



Instagram homepage



Exhibit 17

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT 18

**Closets by Design Franchisee Instagram Accounts**



**Exhibit 18**

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT 19

## Closets by Design Social Media Advertising

Meta "About" page for Closets by Design



Meta Report for Closets by Design advertisement campaign for February 2023



Meta Report for Closets by Design advertisement campaign for March 2023



**Exhibit 19**

154

*Casablanca Design Center, Inc., v. Closets by Design, et al.*
U.S. District Court for the Central District of California

# EXHIBIT 20

## Previous Instagram Advertisements
## by Closets By Design, Inc.



**Published on:**           December 14, 2018
**Offer Expiration Date:**  January 24, 2019
**Advertising Claim:**      *"Take advantage of our holiday promo"*



**Published on:**           January 19, 2019
**Offer Expiration Date:**  January 24, 2019
**Advertising Claim:**      *"Last chance to take advantage of this amazing offer"*

Page **1** of **7**

**Exhibit 20**

## Previous Instagram Advertisements
## by Closets By Design, Inc.



**Published on:** May 14, 2019
**Offer Expiration Date:** June 30, 2019
**Advertising Claim:** *"Summer Special"*



**Published on:** June 10, 2019
**Offer Expiration Date:** July 31, 2019
**Advertising Claim:** *"Summer Special"*

Page **2** of **7**

**Exhibit 20**

## Previous Instagram Advertisements
## by Closets By Design, Inc.



**Published on:** November 30, 2019
**Offer Expiration Date:** December 31, 2019
**Advertising Claim:** *"Holiday Special"*



**Published on:** December 11, 2019
**Offer Expiration Date:** January 28, 2020
**Advertising Claim:** *"Our best offer of the year is still going on"*

Page **3** of **7**

Exhibit 20

## Previous Instagram Advertisements
## by Closets By Design, Inc.



**Published on:** March 14, 2020
**Offer Expiration Date:** NONE
**Advertising Claim:** None



**Published on:** April 15, 2020
**Offer Expiration Date:** NONE
**Advertising Claim:** *"take advantage of our best offer of the year"*

Page **4** of **7**

Exhibit 20

Previous Instagram Advertisements
by Closets By Design, Inc.



**Published on:** August 22, 2020
**Offer Expiration Date:** NONE
**Advertising Claim:** *"For a limited time"*



**Published on:** September 26, 2020
**Offer Expiration Date:** September 30, 2020
**Advertising Claim:** *"It's Your Last Chance"*

Page **5** of **7**

Exhibit 20

160

**Previous Instagram Advertisements**
**by Closets By Design, Inc.**



**Published on:** November 7, 2020
**Offer Expiration Date:** November 30, 2020
**Advertising Claim:** *"Big News"*



**Published on:** February 2, 2021
**Offer Expiration Date:** *"over at the end of the month"*
**Advertising Claim:** *"Last Chance"*

Page **6** of **7**

Exhibit 20

## Previous Instagram Advertisements
## by Closets By Design, Inc.



**Published on:** March 1, 2021
**Offer Expiration Date:** None
**Advertising Claim:** "Take advantage of our new promotion"



**Published on:** July 3, 2021
**Offer Expiration Date:** July 31, 2021
**Advertising Claim:** "Slide into summer savings"

Page **7** of **7**

**Exhibit 20**