O

# United States District Court
# Central District of California

| | |
|---|---|
| CASABLANCA DESIGN CENTER, INC., <br><br>                    Plaintiff, <br><br>          v. <br><br> CLOSETS BY DESIGN, INC. et al., <br><br>                    Defendants. | Case № 2:23-cv-02155-ODW (PDx) <br><br> **ORDER DENYING MOTIONS TO DISMISS AS MOOT [15, 17]** |

Defendants Closets by Design, Inc. and CBD Franchising, Inc. served Plaintiff Casablanca Design Center, Inc. with a Federal Rule of Civil Procedure ("Rule") 12(b)(6) motion to dismiss on May 19, 2023.  (ECF No. 15.)  In addition, Defendant Frank M. Melkonian served Plaintiff with a Rule 12(b)(6) motion to dismiss on May 22, 2023.  (ECF No. 17.)  Plaintiff filed a First Amended Complaint on June 9, 2023.  (ECF No. 19.)  Rule 15(a)(1) allows Plaintiff to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiff's amended complaint was proper.  As the pending motions to dismiss were based on a complaint that is no longer operative, the motions are **DENIED** as **MOOT**.  (ECF Nos. 15, 17); *see Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

June 12, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**