UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-02155-ODW (PDx) | Date | May 12, 2025 |
|---|---|---|---|
| Title | *Casablanca Design Center, Inc. v. Closets By Design, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **ORDER STRIKING DOCUMENT (ECF No. 87.)**

The Court reviewed Plaintiff's Motion to Dismiss, (ECF No. 87). The Court **STRIKES** that document for the following reason(s):

_X_  Motion filed less than twenty-eight days before date noticed for hearing, or less than thirty-five days before date noticed for hearing motion for summary judgment. *See* C.D. Cal. Civ. L.R. 6-1; Scheduling and Case Management Order ¶ 6.f.

_X_  Missing statement of Conference of Counsel Prior to Filing of Motions, or conference held less than seven days prior to filing of the motion by failing to indicate the date of the conference. *See* C.D. Cal. Civ. L.R. 7-3.

___  Wrong font size or improperly formatted (e.g., single spaced, improper margins, missing pages numbers, etc.). *See* C.D. Cal. Civ. L.R. 11-3.

_X_  Missing Certificate of Compliance. *See* C.D. Cal. Civ. L.R. 11-6.1–2.

___  Missing required information (e.g., Notice of Motion; title page or caption information; table of contents; table of authorities; index of exhibits; Proposed Order, etc.). *See* C.D. Cal. Civ. L.R. 7-4, 7-20, 11-3, 11-8.

\_\_\_  Does not comply with C.D. Cal. Civ. L.R. 7-6 or 11-5 regarding evidence on motions or filing exhibits electronically.

\_\_\_  Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion.  *See* Scheduling and Case Management Order ¶ 6.f.

\_\_\_  Response does not list and respond to the numbered statement of material facts from the Motion for Summary Judgment.  Scheduling and Case Management Order ¶ 6.f.

\_\_\_  Does not comply with L.R. 79-5 regarding filing an item under seal in a civil case.

\_\_\_  Does not comply with Order or Notice in this case for the following reasons: _____.

\_\_\_  Other: _____.

The document is stricken and not part of the record.

**IT IS SO ORDERED.**

_____ : 00

Initials of Preparer    SE