O

# United States District Court
# Central District of California

| | |
|---|---|
| CASABLANCA DESIGN CENTER, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>CLOSETS BY DESIGN, INC., et al.,<br><br>                Defendants.<br><hr>CLOSETS BY DESIGN, INC., et al.,<br><br>                Counterclaimants,<br><br>     v.<br><br>CASABLANCA DESIGN CENTER, INC., et al.,<br><br>                Counterdefendants. | Case № 2:23-cv-02155-ODW (PDx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [124]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the United States Magistrate Judge. (ECF No. 124.) No objections to the Report and Recommendation have been filed. The Court accepts the Report and adopts it as its own findings and conclusions and orders as follows:

1. Defendants' motion for sanctions, (ECF No. 91), is **DENIED** to the extent it seeks terminating sanctions;

2. The motion for sanctions is **GRANTED IN PART** as to the following evidentiary sanctions.

    a. The Court **STRIKES** from the Second Amended Complaint the prayer for monetary relief, as to the "amount in damages Casablanca sustained." (Compl., Prayer for Relief ¶¶ 4, 8, ECF No. 40.)

    b. Plaintiff is precluded from introducing at trial or in connection with any motion any evidence regarding money damages, including (without limitation) damages claimed in the SAC from alleged loss of sales, expenditure of time and money to counteract the alleged false advertising, and the alleged diminishment of Plaintiff's good will. Plaintiff is also precluded from arguing that it is entitled to any such damages.

    c. Plaintiff is precluded from introducing at trial or in connection with any motion any evidence regarding disgorgement that was responsive to an interrogatory or request for production of documents ("RFPs") that Plaintiff failed to produce.

    d. Plaintiff is precluded from using any information (including witness identification information) and any document responsive to the interrogatories and RFPs that it failed to provide.

      e.    In defending the counterclaim, Counterdefendants are precluded from introducing at trial or in connection with any motion any document or information responsive to an interrogatory or RFP that was not provided.

**IT IS SO ORDERED.**

October 21, 2025

_____

      **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**