UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | 2:23-cv-02155-ODW (PDx) | Date | September 23, 2026 |
| Title | *Casablanca Design Center, Inc. v. Closets By Design, Inc. et al* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers): Order CONTINUING Trial and Related Dates**

The Court **GRANTS** the parties' stipulation. (Dkt. No. 133.) The Court hereby **ORDERS** that the following dates and deadlines shall supersede those previously set in this matter:

- Jury Trial: **August 24, 2027, at 9:00 a.m.**;
- Deadline to File Final Trial Exhibit Stipulation: **August 19, 2027**;
- Hearing on Motions in Limine: **August 16, 2027, at 1:30 p.m.**;
- Deadline to file Oppositions to Motions in Limine: **August 4, 2027**;
- Final Pretrial Conference: **August 2, 2027, at 1:30 p.m.**;
- Deadline to file Motions in Limine: **July 28, 2027**; and
- Deadline to file Pretrial Documents: **July 26, 2027**.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE